

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00094-CV

**IN RE** The **COMMITMENT** of Gerardo **SAUCEDO**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2022-04-34263-CV
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's final judgment and commitment order committing Gerardo Saucedo for treatment and supervision is AFFIRMED. Costs of appeal are not assessed against appellant because he qualifies as indigent.

SIGNED June 26, 2024.

_____
Irene Rios, Justice